■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DERUGGIERO, Appellant. [820 NYS2d 536]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Dutchess County (Hayes, J.), imposed August 10, 2004, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Schmidt, Goldstein, Rivera and Lifson, JJ., concur.